IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. FARRIS PAGE, an individual,<br><br>            Plaintiff.<br><br>    v.<br><br>CHILDREN'S COUNCIL, an entity the form of which is unknown to the Plaintiff; DANIEL SAFRAN, an individual; and DOES 1-25, inclusive,<br><br>            Defendants. | No. C 06-3268 SBA<br><br>**ORDER** |

On November 6, 2006, Plaintiff filed a notice of dismissal of all federal claims in the above-captioned case.  Plaintiff now seeks remand of the case to state court.

Pursuant to 28 U.S.C. § 1441(c), when a separate and independent federal claim is joined with one or more otherwise nonremovable claims, the district court may, "in its discretion, remand all matters in which State law predominates."  Because all federal claims have now been dismissed, IT IS HEREBY ORDERED THAT Plaintiff's request is GRANTED.  This case is REMANDED to the Superior Court of the City and County of San Francisco.

IT IS FURTHER ORDERED THAT the clerk shall close the file and terminate all pending matters.

IT IS SO ORDERED.

Dated: 12/11/06

_SAUNDRA BROWN ARMSTRONG_
United States District Judge